**Exhibit A to the Complaint**

**Location:** Chicago, IL  **IP Address:** 67.176.206.194
**Total Works Infringed:** 48  **ISP:** Comcast Cable

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 8D198CBCB19DC628C7FB4CEC4456109E0232CA71 | 02/25/2025 18:33:08 | Milfy | 12/27/2023 | 01/16/2024 | PA0002453486 |
| 2 | ED45B558DA2E3A2CEC2F172FBEC0FE30D031237C | 02/06/2025 01:49:58 | Milfy | 02/05/2025 | 02/18/2025 | PA0002516142 |
| 3 | c9212fe3ed0ddb9b967a779eb10690216d473d79 | 02/03/2025 03:14:52 | Tushy | 02/02/2025 | 02/18/2025 | PA0002515927 |
| 4 | 90ac10449affde8cbfe6fe592b4d7e8ecaaa8e7f | 02/03/2025 03:10:18 | Blacked | 02/02/2025 | 02/18/2025 | PA0002516037 |
| 5 | 3A40D376980463B05F70C4B969CB0A9AF00BFD9F | 01/30/2025 05:17:38 | Milfy | 06/21/2023 | 08/22/2023 | PA0002431065 |
| 6 | 5ECA08F470927C42D7518CCF7A23C76025A5F474 | 01/30/2025 05:15:44 | Milfy | 02/21/2024 | 03/15/2024 | PA0002461468 |
| 7 | 0504CFE9E65D240F8BF78E81DB66C75866C61515 | 01/30/2025 05:14:07 | Milfy | 04/10/2024 | 06/24/2024 | PA0002477492 |
| 8 | 6F0B2ACE5CE7861312B63BA70170C991E3A25B73 | 01/30/2025 05:05:41 | Milfy | 01/31/2024 | 03/15/2024 | PA0002463458 |
| 9 | 190660626B5901C79DBF8692DF409C57C6E6EADB | 01/30/2025 05:04:08 | Milfy | 06/19/2024 | 09/09/2024 | PA0002491142 |
| 10 | 9EA7F88F04971469352A1832DF8AD46A49C774DB | 01/30/2025 05:03:19 | Milfy | 07/31/2024 | 09/17/2024 | PA0002490325 |
| 11 | F0B24C20739FB9D8B707A3F201F6B7666B56670A | 01/30/2025 05:02:45 | Milfy | 11/22/2023 | 01/16/2024 | PA0002453490 |
| 12 | A93F96E9500696950BC487BB0A53528684DA85DE | 01/30/2025 05:02:37 | Milfy | 08/28/2024 | 09/17/2024 | PA0002490357 |
| 13 | BED6805283D6C08F710E28799BA5CD245A8595B2 | 01/30/2025 05:02:01 | Milfy | 10/09/2024 | 10/16/2024 | PA0002494691 |
| 14 | FC29778D617D1D109EDC762F1524897352FD9D38 | 01/30/2025 05:01:56 | Milfy | 10/16/2024 | 11/18/2024 | PA0002500972 |
| 15 | 945B261D79D3E9E173C44FACDFA113BB73B5ACEB | 01/30/2025 05:00:30 | Milfy | 12/25/2024 | 01/16/2025 | PA0002509400 |
| 16 | 425DA94F70CA17A9E0EDCAE3428C478E04EB1121 | 01/30/2025 05:00:09 | Milfy | 01/08/2025 | 01/16/2025 | PA0002509390 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | D5D9383BB54535307137ED33D463AF6C61EC3386 | 01/30/2025 04:59:57 | Milfy | 01/29/2025 | 02/18/2025 | PA0002516129 |
| 18 | 73420A576A9FC37C3860E4424AFA0D454EC65A23 | 01/29/2025 16:46:47 | Milfy | 01/03/2024 | 01/16/2024 | PA0002453476 |
| 19 | 413801438C0E04A56560AB471A1A6C169870AEFF | 01/29/2025 16:45:06 | Milfy | 06/05/2024 | 09/09/2024 | PA0002492284 |
| 20 | 567220FEEDEA4E0F81DADC33654A625F2ACDCC36 | 01/29/2025 16:44:51 | Milfy | 01/17/2024 | 03/15/2024 | PA0002463443 |
| 21 | 8E64C1D01F8D3BA963D0BD4FA091339147960E0C | 01/29/2025 16:44:44 | Milfy | 05/08/2024 | 06/20/2024 | PA0002477044 |
| 22 | 5343780A2DA07D0760D914E082FD68E3D32AF0FA | 01/29/2025 16:44:33 | Milfy | 08/14/2024 | 09/17/2024 | PA0002490354 |
| 23 | 8932DBD24A05C89C4BBDA9EE501DA16A3A039BC2 | 01/29/2025 16:44:12 | Milfy | 09/11/2024 | 09/18/2024 | PA0002490442 |
| 24 | 2F872CC3383D684714D4EF9DF5E064793831153D | 01/29/2025 16:03:20 | Milfy | 11/06/2024 | 11/18/2024 | PA0002500974 |
| 25 | 989480984D94612AA231FB43D8AB0C2D58CC7EFE | 01/29/2025 16:02:56 | Milfy | 01/22/2025 | 02/18/2025 | PA0002516122 |
| 26 | 12e6a362cdc8062639130e2cb42f3d2bf6dfb68c | 01/27/2025 04:21:46 | Blacked | 01/23/2025 | 02/18/2025 | PA0002516125 |
| 27 | CA31D4CC541A9FD615C991AFF17C1D1CDAD415DD | 01/16/2025 02:12:30 | Milfy | 01/15/2025 | 02/18/2025 | PA0002516043 |
| 28 | E3C2AF5D677A43477AF9A2E2A81FBA4CC9E5AA30 | 01/05/2025 19:24:59 | Milfy | 07/24/2024 | 09/17/2024 | PA0002490321 |
| 29 | E65FF361A3507EFF3D8CA5F57DD58F015831CC7D | 12/24/2024 15:48:51 | Blacked | 12/19/2024 | 01/15/2025 | PA0002509251 |
| 30 | DDB0BF17C197427DD020F7C5BA375F9AC56966E6 | 12/24/2024 15:47:15 | Blacked | 11/29/2024 | 12/13/2024 | PA0002506313 |
| 31 | 5420DEF2051E8D34A82C47C0692CF130FA3A693D | 12/24/2024 15:44:57 | Blacked | 12/14/2024 | 01/15/2025 | PA0002509267 |
| 32 | 0DFAD6E8BF4714A11F338CA08E163009BC4B5227 | 12/24/2024 15:44:48 | Vixen | 12/20/2024 | 01/16/2025 | PA0002509655 |
| 33 | 44925D0B9B7CD7901D71D9BE061A79DF4532EAD3 | 12/20/2024 18:23:58 | Blacked | 01/20/2024 | 02/13/2024 | PA0002454784 |
| 34 | 4D97FBB3380359EC0BC1F795C097B10913896F2D | 12/20/2024 18:22:40 | Blacked | 05/18/2024 | 06/18/2024 | PA0002476745 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 35 | 20d49d536912e1265d9389994045cc98a4b5a21d | 12/20/2024 18:21:09 | Milfy | 09/18/2024 | 10/16/2024 | PA0002494686 |
| 36 | 9861659DEBD8430E736AE8DD818939E2B7C5B092 | 12/20/2024 18:18:06 | Blacked | 11/24/2024 | 12/13/2024 | PA0002506269 |
| 37 | 8ED2B92F013714161682144C1E78B79892BF3FF6 | 12/19/2024 16:19:11 | Milfy | 12/18/2024 | 01/15/2025 | PA0002509399 |
| 38 | 0663A355538C371C23984EAD18EC85659D5B9994 | 09/07/2024 16:02:29 | Blacked | 08/31/2024 | 09/17/2024 | PA0002490361 |
| 39 | 405EB95F62FA45426AE490730A52D8A0B9E2D996 | 07/29/2024 18:00:12 | Milfy | 06/14/2023 | 08/22/2023 | PA0002431060 |
| 40 | E80D65A05F44A94B2594E47C422787ABD0696DFF | 07/29/2024 17:59:43 | Milfy | 07/05/2023 | 08/22/2023 | PA0002431067 |
| 41 | 91987405FDE9F40F49B658B380B2941718933929 | 07/28/2024 03:10:48 | Tushy | 07/21/2024 | 08/14/2024 | PA0002484840 |
| 42 | 18163E1F32226D05A79E9FEB901762436B627C67 | 06/22/2024 18:24:11 | Milfy | 05/22/2024 | 06/20/2024 | PA0002477021 |
| 43 | 2F1CC9D03FF05EE44A338B7327BF93A38CD7D969 | 06/22/2024 18:23:20 | Milfy | 06/12/2024 | 09/09/2024 | PA0002491143 |
| 44 | 52487c58bdffdba2bd30de726910d4ca64cf3e80 | 06/16/2024 23:32:58 | Blacked | 07/04/2018 | 08/07/2018 | PA0002131913 |
| 45 | 57070015885e1a08ad231aa3001a98cecdf67971 | 06/06/2024 04:00:59 | Tushy | 06/04/2023 | 06/09/2023 | PA0002415359 |
| 46 | b14e6b04571fa8e3ce4c39e97f170647d23e77fc | 06/04/2024 17:28:30 | Vixen | 08/02/2017 | 08/17/2017 | PA0002077667 |
| 47 | eaa8a5dee2a6fffba8ff49131db25753f03b98c4 | 05/19/2024 07:17:45 | Vixen | 10/06/2018 | 11/01/2018 | PA0002141493 |
| 48 | 7196c98e25fa464bbd95c64bd49955c8ea206468 | 05/18/2024 01:31:09 | Blacked | 10/27/2019 | 11/15/2019 | PA0002211841 |